**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

In re
Luis A. Vigil,

Case No.: 14-10918 AJ
Chapter: 13

                Debtor(s).        /

## ORDER OF DISMISSAL

On June 23, 2014, the Court issued its Order to File Required Documents, giving the debtor notice that unless the listed documents were timely filed or a hearing was requested this Chapter 13 case might be dismissed. The debtor having failed to file all the required documents or request a hearing,

IT IS ORDERED that this Chapter 13 case is dismissed.

Dated: July 9, 2014

                                                      Alan Jaroslovsky
                                                      Chief Bankruptcy Judge